UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 24 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JASVIR SINGH, | No. 20-35538 |
| Petitioner-Appellant, | D.C. No. 2:19-cv-01873-JLR-MLP |
| v. | Western District of Washington, Seattle |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; et al., | ORDER |
| Respondents-Appellees. | |

Before: GRABER, WARDLAW, and R. NELSON, Circuit Judges.

On June 17, 2020, appellant filed an emergency motion for a temporary restraining order.

We construe appellant's emergency motion for a temporary restraining order (Docket Entry No. 2) as a petition for a writ of habeas corpus and transfer it to the Western District of Louisiana, where petitioner is being held at the LaSalle Correctional Center, to be considered under 28 U.S.C. § 2241. *See* § 2241(b) (a circuit court may "transfer the application [for a writ of habeas corpus] for hearing and determination to the district court having jurisdiction to entertain it").

SACA/GMW

The Clerk will transfer the motion, opposition, and reply (Docket Entry Nos. 2, 6, 7) to the United States District Court for the Western District of Louisiana, and will serve this order on the district court.

This appeal remains pending.  Briefing is stayed.