UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JASVIR SINGH,<br>Petitioner | CIVIL DOCKET NO. 1:20-CV-00808-P |
| VERSUS | JUDGE DRELL |
| U.S. CITIZENSHIP &<br>IMMIGRATION SERVICES, *et al.*,<br>Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation (ECF No. 26) of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the unopposed Motion to Dismiss (ECF No. 13) is GRANTED and the Petition and Motion for Temporary Restraining Order (ECF No. 1) is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS DONE AND SIGNED in Alexandria, Louisiana, on this 2nd day of December 2020.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE